# California Surplus Inc.

| E-mail |
|---|
| RKOHAN9210@AOL.COM |

# Purchase Order

| DATE | P.O. NO. |
|---|---|
| 4/3/2016 | GAN-471 |

| Vendor |
|---|
| Almont Group Inc<br>Bernard Klein<br>1575 50th St. SUITE 407<br>Brooklyn, NY 11219<br>718-686-0900 |

| ITEM | DESCRIPTION | QTY | RATE |
|---|---|---|---|
| 249L | GI 3COLOR PANTS SIZE MR     8415-01-327-5335 | 500 | 11.93 |
| 250 | GI 3COLOR PANTS SIZE LR     8415-01-327-5339 | 500 | 11.93 |
| 100 | GI CAMO NYCO R/S PANTS SIZE MED | 500 | 11.93 |
| 100A | GI CAMO NYCO  R/S PANTS SIZE LRG/REG | 500 | 11.93 |
| J700 | MULTICAM APEC JACKET S/R 842035083029 | 100 | 11.25 |
| J701 | MULTICAM APEC JACKET M/R 84203508300212 | 300 | 11.25 |
| J702 | MULTICAM APEC JACKET L/R 842035004222 | 400 | 11.25 |
| J703 | MULTICAM APEC JACKET XL/R 8420035004253 | 200 | 11.25 |

| Total | $35,110.00 |
|---|---|