**From:** Rkohan9210@aol.com
**Sent:** 5/12/2016 6:52:47 AM -0400
**To:** Bernard Klein <bernard@rtiusa.com>
**Subject:** Re: PO471

The labels are good just take of made in USA
The color is Ocp
I sent u a yard of fabric
I don't have any left

Sent from my iPhone
California Surplus Inc.
**824 LIVINGSTON STREET**
**ELIZABETH , NJ 07201**
TEL# **9082820010**

On May 12, 2016, at 6:49 AM, Bernard Klein <bernard@rtiusa.com> wrote:

For the Parka jacket, attached pls find the label pic from Charles, they said this jacket original sample, only have on label as attached, pls help check and advise;

For the Parka jacket, the factory want to double confirm that if they proceed the production fabric as original sample, or customer have new fabric for OCP pattern send to factory for copy, pls help check and advise;

Best Regards,
Bernard Klein
Almont Group Inc.
718.686.0900

Sent from my BlackBerry 10 smartphone.

<PO 471 M001 PARKA JACKET LABEL.xlsx>




PLEASE PUT THE NSN # ON THIS LABEL AND UNDER THE NECK.
REMOVE MADE IN USA
NEED PAPER COO LABEL
UPC NEEDS TO GO ON A STICKER OUTSIDE WITH THE DESCRIPTION AND SIZE.
WE WILL ALSO SEND YOU NEXT WEEK H/T NEEDED.

NSNno
8415-01-584-1881  SR
8415-01-584-1887  MR
8415-01-584-1896  LR
8415-01-584-1900  XLR

UPC no
6405 0800 2153
6405 0800 2122
6405 0800 2092
6405 0800 2184

Pls confirm below upc sticker artwork, pls confirm we will make the size to be 2*4INCH
Not 2*4CM, pls help check and advise

OCP Gortex Parka,S


OCP Gortex Parka,M


OCP Gortex Parka,L


OCP Gortex Parka,XL


Waiting for your jacket samples to copy the hangtag

17183441741@s.whatsapp.net Judah
Fluffier mean softer
Platform: Mobile
6/7/2016 4:35:52 PM(UTC+0)

13476833138@s.whatsapp.net Guess Who
K

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17183441741@s.whatsapp.net Judah | 6/7/2016 7:42:20 PM(UTC+0) | | |

Status: Sent
Platform: Mobile
6/7/2016 7:42:13 PM(UTC+0)



13476833138@s.whatsapp.net Guess Who

Attachments:

Title: Is this the H/T for PO471?
Size: 117411
File name: d550cc790039a524b8049bac53cba1e2.jpg
Path: https://mmi695.whatsapp.net/d/-iLgHK_8wWcEf8pdKCfK9fdXioU/Aj1IOJc0YllzspgBqz-6rQXpHR7HR0P4aGsk6NsZui2T.enc
d550cc790039a524b8049bac53cba1e2.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17183441741@s.whatsapp.net Judah | 6/8/2016 3:01:27 AM(UTC+0) | | |

Status: Sent
Platform: Mobile
6/8/2016 3:01:24 AM(UTC+0)

17183441741@s.whatsapp.net Judah
Yes
Platform: Mobile
6/8/2016 1:59:27 PM(UTC+0)

