IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BERNARD KLEIN | CR. No. 20-00062-WES |

## MOTION TO CONTINUE RESTITUTION HEARING

In the Judgment entered in this case on April 13, 2021, the Court deferred the determination of the amount of restitution to be imposed for a period of 30 days. Although the parties have had preliminary discussions to resolve this issue, the discussions could not be completed due to the trial schedule of Government counsel. The Government therefore respectfully requests that the Court continue the restitution determination for 30 days until June 27, 2021. Counsel for the defendant assents to a 30-day continuance.

Respectfully submitted,

RICHARD MYRUS
Acting United States Attorney

/s/ Lee Vilker
LEE VILKER
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5001 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of May, 2021, I caused the Motion To Continue Restitution Hearing be filed electronically and it is available to all parties for viewing and downloading from the ECF system.

      /s/ Lee Vilker
LEE VILKER
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5001 (fax)