UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 20-62WES |
| BERNARD KLEIN | |

GOVERNMENT'S MOTION TO CONTINUE RESTITUTION HEARING

In the Judgment entered in this case on April 13, 2021, the Court deferred the determination of the amount of restitution to be imposed for a period of 30 days. The government then sought, without objection from the defendant, an additional 30 days, until June 27, 2021, for entry of an order of restitution. The parties have been in negotiations regarding restitution in the hopes of reaching an agreed upon amount for submission to the Court. The parties anticipate reaching an agreement within the next several weeks and ask that the Court delay determination of restitution until July 16, 2021.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

RICHARD B. MYRUS
Acting United States Attorney

/s/ Sandra R. Hebert
SANDRA R. HEBERT
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000/ Fax (401) 709-5001
Email: sandra.hebert@usdoj.gov

## CERTIFICATE OF SERVICE

On this 23rd day of June 2021, I filed the above motion using the Court's electronic filing system.

ECF notification:  Mr. James Trusty

/s/ Sandra R. Hebert
SANDRA R. HEBERT
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:  sandra.hebert@usdoj.gov