UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 20-062WES |
| BERNARD KLEIN | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

The government respectfully requests a one-week extension until March 9, 2022, in which to submit its summary of the evidence to be presented at the restitution hearing in this matter. The government requests this extension because discussions with the defendant to narrow the relevant issues are ongoing. The government has conferred with defense counsel, Mr. James Trusty, and he indicated that he does not object to this motion.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

ZACHARY A. CUNHA
United States Attorney

RICHARD B. MYRUS
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Email: richard.myrus@usdoj.gov

CERTIFICATE OF SERVICE

On March 2, 2022, I caused the Government's Motion for Extension of Time to be filed electronically, and it is available for viewing and downloading from the ECF system.

*[signature]*

RICHARD B. MYRUS
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Email:  richard.myrus@usdoj.gov