UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 20-cr-062WES |
| BERNARD KLEIN | |

### JOINT MOTION FOR ENTRY OF ORDER OF RESTITUTION

The United States and Defendant Bernard Klein have agreed that the amount of restitution to be paid by Defendant Klein in this matter is $400,000. This restitution amount of $400,000 apportions Defendant Klein's liability to reflect his economic circumstances, 18 U.S.C. § 3664(h), and addresses the victims' interest in receiving prompt payment. Therefore, the United Sates and Defendant Klein jointly request that the Court enter an Order of Restitution pursuant to 18 U.S.C. § 3664, as follows:

(1)  The total loss in Defendant Klein's case is $2,700,000.

(2)  Defendant Klein shall make restitution in the amount of $400,000.

(3)  Defendant Klein shall make restitution in two equal payments with the initial payment of $200,000 to be made immediately upon entry of the Court's Order, and the second payment of $200,000 to be remitted no later than 90 days thereafter.

(4)  Defendant Klein's restitution to each of the victims is as follows:

| Name of Payee | Restitution Ordered | Percentage |
|---|---|---|
| United Associates Ltd. | $6,800 | 1.7% |
| Nextec Applications, Inc. | $13,200 | 3.3% |
| Massif | $92,800 | 23.2% |

| Polartec, LLC | $287,200 | 71.8% |

(5)     Defendant Klein waives the right to appeal any issues related to the calculation or imposition of restitution in this case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

Counsel for Defendant

ZACHARY A. CUNHA
United States Attorney

/s/James M. Trusty
James M. Trusty
Ifrah PLLC
1717 Pennsylvania Ave., NW
Suite 650
Washington, DC 20006
(202) 524-4140
(202) 524-4141 (fax)
Email: jtrusty@ifrahlaw.com

/s/ Sandra R. Hebert
SANDRA R. HEBERT
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000
Email:  Sandra.Hebert@usdoj.gov

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
Email:  Richard.Myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 11th day of April 2022, I filed the above motion using the Court's electronic filing system.

ECF notification:  Mr. James Trusty

/s/ Sandra R. Hebert
SANDRA R. HEBERT
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:  sandra.hebert@usdoj.gov

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
Email:  Richard.Myrus@usdoj.gov